IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMOY HODGE,**

    *Petitioner*,

v.	Case No.: 4:21cv108-MW/MAF

**STATE OF FLORIDA,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Petitioner has not filed any objections. However, Petitioner has filed a *pro se* "Notice to the Court," that preceded the filing of the Report and Recommendation. ECF No. 13. In it, Petitioner sought to inform the Court of delays in the mail and that the Respondent's motion to dismiss included the wrong case number. Petitioner contends that this typographical error divests this Court of jurisdiction to rule on Respondent's motion. *Id*. at 1.

To Petitioner's first point, neither the motion to dismiss nor any subsequent orders of this Court have been returned as undeliverable to Petitioner.[1] Moreover, the docket reflects that the Petitioner's response to the pending motion to dismiss was received and that the Magistrate Judge considered the response in drafting the Report and Recommendation. *See* ECF No. 10. This Court is satisfied that the delay in the mail that Petitioner cites has not disrupted Petitioner's opportunity to respond to the motion to dismiss or the Report and Recommendation.

As to Petitioner's second point, a typographical error in Respondent's motion to dismiss does not divest this Court of jurisdiction. Nor is it relevant to the substance in this case. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 8, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DISMISSED as untimely**." A certificate of appealability and leave to appeal in

---

[1] The only order that has been returned as undeliverable to Petitioner is an order directing Respondent to file a response to Petitioner's § 2254 petition in May of 2021. *See* ECF No. 6.

forma pauperis are **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 20, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**